**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7625**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROBERT L. PERNELL, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:09-cr-00452-REP-DJN; 3:15-cv-00723-REP-DJN)

Submitted:  March 5, 2020                                      Decided:  March 10, 2020

Before WILKINSON and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert L. Pernell, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert L. Pernell, Jr., appeals the district court's order denying his post-judgment motions in his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Pernell*, No. 3:09-cr-00452-REP-DJN (E.D. Va. Oct. 11, 2019). We grant Pernell's motion to exceed length limitations for his informal brief and deny a certificate of appealability as unnecessary. *See* 28 U.S.C. § 2253(c)(1)(B) (2018); *Harbison v. Bell*, 556 U.S. 180, 183 (2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*